**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6805**

LEON A. BARBOUR, JR.,

Petitioner - Appellant,

versus

VANESSA P. ADAMS, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate Judge.  (3:05-cv-00219-MHL)

Submitted: August 24, 2006          Decided: August 31, 2006

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leon A. Barbour, Jr., Appellant Pro Se. Tara Louise Casey, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leon A. Barbour, Jr., formerly a federal prisoner, appeals the magistrate judge's* order denying relief on his 28 U.S.C. § 2241 (2000) petition.  We have reviewed the record and find no reversible error.  Accordingly, although we grant Barbour's motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the magistrate judge.  <u>Barbour v. Adams</u>, No. 3:05-cv-00219-MHL (E.D. Va. Mar. 30, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

*The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c)(1) (2000).